

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2017

No. 04-17-00693-CR

**IN RE** Albert Ray **SANCHEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Irene Rios, Justice

On October 20, 2017, Relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on October 31, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2079, styled *State of Texas v. Albert Ray Sanchez*, pending in the 112th Judicial District Court, Sutton County, Texas, the Honorable M. Brock Jones, Jr. presiding.